UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                     Case No. 22-30166
                                     Originating No. 1:22-CR-00096

**HEATHER IDONI,**

      Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **HEATHER IDONI,** to answer to charges pending in another federal district, and states:

1. On **March 30,2022** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Columbia based on an Indictment**. **Defendant is charged in that district with violation of 18 U.S.C. §241- Conspiracy Against Rights; 18 U.S.C §248(a)(1), 2- Clinic Access Obstruction.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  See Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    DAWN N. ISON
    United States Attorney


    s/Ronald Waterstreet
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    ronald.waterstreet@usdoj.gov
    (313) 226-9593


Dated: March 30, 2022